CHARLES FENKART ET AL. v. CHARLES BIHLER.

Submitted July 2, 1909—Decided October 14, 1909.

A plea to a declaration in libel is bad on demurrer if it justify the language without admitting the publication charged in the *narr.*

---

On demurrer to plea.

Before GUMMERE, CHIEF JUSTICE, and Justices GARRISON and PARKER.

For the plaintiff, *James A. Gordon.*

For the defendant, *Weller & Lichtenstein.*

The opinion of the court was delivered by

GARRISON, J.   To a declaration in libel the defendant filed a special plea setting up a justification in fact.

To this plea the plaintiff has demurred upon the ground that the pleader neither admits nor denies the publication of the libel alleged in the declaration.   This is so, and on this account the plea is bad.   A plea of justification in libel is a plea of confession and avoidance, and hence must confess the publication alleged in the *narr.*   The authorities are at one as to this: *Chit. Pl.* 526; *Steph. Pl.* 198; *Gould Pl.* 320; 13 *Encycl. Pl. & Pr.* 81; 25 *Cyc.* 461.

Judgment on the demurrer must be for the plaintiff.